UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 11-59-ART-(3) |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| SCOTT NEWMAN, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on defendant Scott Newman's two violations of the terms of his supervised release. Newman stipulated to the charged violations. R. 198 at 3. Pursuant to the Court's referral order, R. 187, Magistrate Judge Hanly Ingram filed a Report and Recommendation ("R&R") that Newman be sentenced to eighteen months incarceration, with no supervised release to follow. R. 198 at 8. Neither the United States nor the defendant filed any objections to the R&R, and the time for filing any objections has expired. *See* Fed. R. Crim. P. 59(b)(2). Newman waived his right to allocate. R. 199.

Accordingly, it is **ORDERED** that:

(1)   The R&R, R. 198, is **ADOPTED** as the opinion of the Court.

(2)   Newman's supervised release is **REVOKED**.

(3) Newman is **SENTENCED** to **eighteen months** imprisonment, with no supervised release to follow.

(4) The Court will issue a separate judgment.

This the 16th day of July, 2015.

Signed By:
*Amul R. Thapar* AT
United States District Judge